1022

THE STATE OF WASHINGTON, *Appellant,* v. ANDREW
JAMES PARKS, *Respondent.*

Appeal from a judgment of the Superior Court for Island
County, No. 2766, Richard L. Pitt, J., entered April 16,
1979. *Affirmed* by unpublished opinion per Durham–
Divelbiss, J., concurred in by Callow, C.J., and Williams, J.

THE STATE OF WASHINGTON, *Respondent,* v. GARY
WILLIAM SCOGGINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88886, H. Joseph Coleman, J., entered May 2,
1979. *Affirmed* by unpublished opinion per Dore, J., con-
curred in by James, A.C.J., and Swanson, J.

*In the Matter of the Estate of*
ESTHER SMITH.

ARTHUR J. RUHE, *Appellant,* v. CHURCH OF
NAZARENE, *Respondent.*

Appeal from a judgment of the Superior Court for
Kittitas County, No. 7197, W. R. Cole, J., entered April 23,
1979. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by Green, C.J., and McInturff, J.